# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 08-47 c/w 08-3, 08-4, 08-5, 08-6, 08-7,
## 08-8, 08-12, 08-13, 08-14, 08-15

**DUFRENE CHIROPRACTIC**

**VERSUS**

**WALGREEN LOUISIANA CO., INC.**

**\*\*\*\*\*\*\*\*\*\***

ON APPLICATION FOR SUPERVISORY WRITS
FROM THE
OFFICE OF WORKERS' COMPENSATION,
DISTRICT 02, NO. 06-08808
HONORABLE JAMES L. BRADDOCK, JUDGE

**\*\*\*\*\*\*\*\*\*\***

## J. DAVID PAINTER

**\*\*\*\*\*\*\*\*\*\***

Court composed of Marc T. Amy, J. David Painter, and James T. Genovese, Judges.

**AFFIRMED.**

**Errol King**
**Layna Cook**
**14th Fl., One American Place**
**301 Main St.**
**Baton Rouge, LA 70825**
**Counsel for Third Party Defendant-Relator:**
    American Lifecare, Inc.

**Nicole F. Gould**
**P.O. Box 80614**
**Baton Rouge, LA 70898**
**Counsel for Third Party Defendants-Relators:**
    Concentra Integrated Services, Inc.
    Focus Healthcare Management, Inc.

**M. Dwayne Johnson**
**Charles S. McCowan, Jr.**
**Todd Alexander Rossi**
**Jennifer Jones Thomas**
**P.O. Box 3512**
**Baton Rouge, LA 70821**
**Counsel for Third Party Defendants-Relators:**
> **Focus Healthcare Management, Inc.**

**David Hoskins**
**P.O. Box 1370**
**Lake Charles, LA 70602**
**Counsel for Third Party Defendants-Relators:**
> **Concentra Integrated Services, Inc.**
> **Focus Healthcare Management, Inc.**

**Bray Williams**
**P.O. Box 15**
**Natchitoches, LA 71458**
**Counsel for Plaintiff-Respondent:**
> **Dufrene Chiropractic Clinic**

**Denis Paul Juge**
**John Quaglino**
**3330 West Esplanade Avenue North**
**Metairie, LA 70002**
**Counsel for Defendant-Third Party Plaintiff-Respondent:**
> **Walgreen Louisiana Co.**

**Edward F. Strauss**
**P.O. Box 1151**
**Baton Rouge, LA 70821**
**Counsel for Defendants-Third Party Plaintiffs-Respondents:**
> **Family Dollar Stores, Inc. and Ace American Insurance Co.**

PAINTER, Judge.

For the reasons set forth in the companion case hereto, *Broussard Physical Therapy v. Family Dollar Stores, Inc.*, 08-3 (La.App. 3 Cir. __/__/08), ___ So.2d. ___, the judgment of the Office of Workers' Compensation is affirmed. Costs of this application are assessed to the Relator.

AFFIRMED.

1